**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No. 22-MJ-03430-LOUIS

United States of America
    Plaintiff,

v.

ESTEBAN CABRERA DA CORTE,
    Defendant.
_____/

## ORDER OF REMOVAL

It appearing that in the **SOUTHERN DISTRICT OF NEW YORK**, an Indictment was filed against the above-named defendant on a charge of **SOUTHERN DISTRICT-NY/IND/WARR- CONSPIRACY TO COMMIT WIRE FRAUD AND BANK FRAUD**, and that the defendant was arrested in the Southern District of Florida and was given a hearing before United States Magistrate Judge Chris M. McAliley at Miami, Florida, which officially committed the defendant for removal to the **SOUTHERN DISTRICT OF NEW YORK**, it is ORDERED AND ADJUDGED that the defendant be removed to the above-named district for trial on said charge.

And it further appearing that the defendant waived further hearing in the said removal proceedings and was held by the Magistrate Judge Chris M. McAliley for removal and posted bail in the amount of $ 500K PSB which was approved by the United States Magistrate Judge Chris M. McAliley, and it is further ORDERED that the defendant shall appear in the aforesaid district at such times and places as may be ordered by that District Court, in accordance with the terms and conditions of aforesaid bond furnished by the defendant, and it is further ORDERED that the funds, plus interest, which may have been deposited on behalf of this defendant with the Clerk of the Court under Bail Reform Act be transferred to the district where removed.

DONE AND ORDERED at Miami, Florida on 8/24/2022.

                                                         Chris M. McAliley
                                                         United States Magistrate Judge