BNDDUTY

# U.S. District Court
## Southern District of Florida (Miami)
### CRIMINAL DOCKET FOR CASE #: <u>1:22−mj−03430−LFL−2</u>

Case title: USA v. Ramirez Mesa

Date Filed: 08/23/2022

Date Terminated: 08/24/2022

Assigned to: Magistrate Judge Lauren Fleischer Louis

**Defendant (2)**

| | |
|---|---|
| **Esteban Cabrera da Corte**<br>07633−506<br>*YOB 1996 ENGLISH*<br>*TERMINATED: 08/24/2022*<br>also known as<br>Esteban Cabrera<br>*TERMINATED: 08/24/2022*<br>also known as<br>Esteban Da Corte<br>*TERMINATED: 08/24/2022*<br>also known as<br>Steban<br>*TERMINATED: 08/24/2022* | represented by **Oscar Santiago Rodriguez**<br>Oscar Rodriguez PA<br>4500 S. LeJeune Road<br>Coral Gables, FL 33146<br>305−445−2000<br>Fax: 305−445−9007<br>Email: <u>osrlaw@aol.com</u><br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Temporary* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| COPY OF WARRANT/INDICTMENT/SOUTHERN DISTRICT OF NEW YORK/AGGRAVATED IDENTITY | |

THEFT/WIRE FRAUD/WIRE AND
BANK FRAUD CONSPIRACY

**Plaintiff**

**USA**  represented by **Noticing AUSA CR TP/SR**
Email: Usafls.transferprob@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 08/23/2022 | 1 | | Magistrate Removal Case – Copy of Warrants and Indictment from the Southern District of New York. Case number in New York is 22 CRIM 437 as to Asdrubal Ramirez Mesa (1), Esteban Cabrera da Corte (2), Luis Hernandez Gonzalez (3). (sl) (Main Document 1 replaced on 8/24/2022) (sl). (Entered: 08/24/2022) |
| 08/23/2022 | 2 | | ORDER UNSEALING CASE as to Asdrubal Ramirez Mesa, Esteban Cabrera da Corte, Luis Hernandez Gonzalez. Signed by Magistrate Judge Lauren Fleischer Louis on 8/23/2022. *See attached document for full details.* (sl) (Entered: 08/24/2022) |
| 08/24/2022 | 9 | | Minute Order for proceedings held before Magistrate Judge Chris M. McAliley: Initial Appearance in Rule 5(c)(3)/Rule 40 Proceedings as to Esteban Cabrera da Corte held on 8/24/2022. Bond recommendation/set: Esteban Cabrera da Corte (2) STIP $50OK PSB CO–SIGNED. Date of Arrest or Surrender: 8/24/22. Deft waives/executes removal orally and Court orders deft removed to SD/NY. Bond papers due 8/25/22. Deft did not require Spanish interpreter. Attorney added: Oscar Santiago Rodriguez for Esteban Cabrera da Corte (Digital Zoom_CMM_1:39pm/1:44pm)<br><br>It is ORDERED AND ADJUDGED that pursuant to the Due Process Protections Act, the Court confirms the United States obligation to disclose to the defendant all exculpatory evidence– that is, evidence that favors the defendant or casts doubt on the United States case, as required by *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, and ORDERS the United States to do so. The government has a duty to disclose any evidence that goes to negating the defendants guilt, the credibility of a witness, or that would reduce a potential sentence. The defendant is entitled to this information without a request. Failure to disclose exculpatory evidence in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary action, or sanctions by the Court. Signed by Magistrate Judge Chris M. McAliley on 8/24/2022. (dgj) (Entered: 08/25/2022) |
| 08/24/2022 | 10 | | ORDER OF REMOVAL ISSUED to District of Southern District of New York as to Esteban Cabrera da Corte. Closing Case for Defendant. Signed by Magistrate Judge Chris M. McAliley on 8/24/2022. *See attached document for full details.* (dgj) (Entered: 08/25/2022) |

Mod AO 442 (09/13) Arrest Warrant  AUSA Name & Telno: AUSA Emily Deininger, 212-637-2472

# UNITED STATES DISTRICT COURT
## for the
### Southern District of New York

United States of America
v.
Asdrubal Ramirez Mesa

Defendant

Case No. 22 Cr.

22 CRIM 437

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Asdrubal Ramirez Mesa ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 1028A (aggravated identity theft), 1343 (wire fraud), and 1349 (wire fraud and bank fraud conspiracy)

Date: 08/11/2022

*Issuing officer's signature*

City and state: New York, NY

Honorable Robert W. Lehrburger, USMJ, SDNY
*Printed name and title*

### Return

| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ |
| at *(city and state)* _____ . |
| Date: _____ |
| *Arresting officer's signature* |
| *Printed name and title* |

Mod AO 442 (09/13) Arrest Warrant     AUSA Name & Telno: AUSA Emily Deininger, 212-637-2472

# UNITED STATES DISTRICT COURT
## for the
### Southern District of New York

United States of America
v.
Luis Hernandez Gonzalez,
a/k/a "Luis Hernandez,"
a/k/a "Luisito,"

*Defendant*

Case No. 22 Cr.

S1 22 CRIM 437

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Luis Hernandez Gonzalez, a/k/a "Luis Hernandez," a/k/a "Luisito",
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 1028A (aggravated identity theft), 1343 (wire fraud), and 1349 (wire fraud and bank fraud conspiracy)

Date: 08/11/2022

*Issuing officer's signature*

City and state: New York, NY

Honorable Robert W. Lehrburger, USMJ, SDNY
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____  _____ *Arresting officer's signature* |
| _____ *Printed name and title* |

Mod AO 442 (09/13) Arrest Warrant     AUSA Name & Telno: AUSA Emily Deininger, 212-637-2472

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| United States of America<br>v.<br>Esteban Cabrera da Corte,<br>a/k/a "Esteban Cabrera,"<br>a/k/a "Esteban da Corte,"<br>a/k/a "Steban,"<br><br>*Defendant* | )<br>)<br>) Case No.   22 Cr.<br>)<br>)<br>)<br>)<br>22 CRIM 437 |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Esteban Cabrera da Corte, a/k/a "Esteban Cabrera," a/k/a "Esteban da Corte," a/k/a "Steban" ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 1028A (aggravated identity theft), 1343 (wire fraud), 1349 (wire fraud and bank fraud conspiracy), and 1957 (engaging in a monetary transaction using proceeds from specified unlawful activity)

Date:   08/11/2022

*Issuing officer's signature*

City and state:   New York, NY

Honorable Robert W. Lehrburger
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____<br>at *(city and state)* _____<br><br>Date: _____<br><br>*Arresting officer's signature*<br><br>*Printed name and title* |

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                 :
UNITED STATES OF AMERICA         :
                                 :
         - v. -                  :    SEALED INDICTMENT
                                 :
ESTEBAN CABRERA DA CORTE,        :    S1 22 Cr. 43 (   )
    a/k/a "Esteban Cabrera,"     :
    a/k/a "Esteban Da Corte,"    :
    a/k/a "Steban,"              :
                                 :
LUIS HERNANDEZ GONZALEZ,         :
    a/k/a "Luis Hernandez,"      :
    a/k/a "Luisito,"             :
                                 :
ASDRUBAL RAMIREZ MESA,           :
                                 :
         Defendants.             :
                                 :
- - - - - - - - - - - - - - - - x
```

COUNT ONE
(Conspiracy to Commit Wire Fraud and Bank Fraud)

The Grand Jury charges:

OVERVIEW OF THE SCHEME

1. From at least in or about 2020 through at least in or about March 2022, ESTEBAN CABRERA DA CORTE, a/k/a "Esteban Cabrera," a/k/a "Esteban Da Corte," a/k/a "Steban," LUIS HERNANDEZ GONZALEZ, a/k/a "Luis Hernandez," a/k/a "Luisito," and ASDRUBAL RAMIREZ MESA, the defendants, engaged in a scheme to deceive United States banks and one of the leading cryptocurrency exchange platforms (the "Cryptocurrency Exchange") into returning funds used to purchase more than $4 million in cryptocurrency by falsely claiming that the

6

cryptocurrency purchase transactions were unauthorized (the "Reversal Scheme").

2. To effectuate the Reversal Scheme, ESTEBAN CABRERA DA CORTE, a/k/a "Esteban Cabrera," a/k/a "Esteban Da Corte," a/k/a "Steban," LUIS HERNANDEZ GONZALEZ, a/k/a "Luis Hernandez," a/k/a "Luisito," and ASDRUBAL RAMIREZ MESA, the defendants, opened accounts with the Cryptocurrency Exchange (collectively, the "Cryptocurrency Exchange Accounts") using the cellphone application for the Cryptocurrency Exchange. Many of the Cryptocurrency Exchange Accounts were opened using fake United States passports, fake drivers' licenses, and stolen personal identifying information. The Cryptocurrency Exchange Accounts were linked to bank accounts that CABRERA, HERNANDEZ, and RAMIREZ controlled (collectively, the "Bank Accounts").

3. ESTEBAN CABRERA DA CORTE, a/k/a "Esteban Cabrera," a/k/a "Esteban Da Corte," a/k/a "Steban," LUIS HERNANDEZ GONZALEZ, a/k/a "Luis Hernandez," a/k/a "Luisito," and ASDRUBAL RAMIREZ MESA, the defendants, used money that had been deposited into the Bank Accounts, frequently through a series of cash deposits made using ATMs, to purchase cryptocurrency through the Cryptocurrency Exchange Accounts. The purchased cryptocurrency was then transferred to other cryptocurrency wallets outside the Cryptocurrency Exchange controlled by CABRERA, HERNANDEZ, RAMIREZ, and their co-conspirators.

2

4. After the cryptocurrency was purchased and transferred, ESTEBAN CABRERA DA CORTE, a/k/a "Esteban Cabrera," a/k/a "Esteban Da Corte," a/k/a "Steban," LUIS HERNANDEZ GONZALEZ, a/k/a "Luis Hernandez," a/k/a "Luisito," and ASDRUBAL RAMIREZ MESA, the defendants, made telephone calls to the U.S. banks at which the Bank Accounts were held, during which they falsely represented that the cryptocurrency purchases were unauthorized, deceiving the banks and the Cryptocurrency Exchange into reversing those transactions and redepositing the money into the Bank Accounts. CABRERA, HERNANDEZ, and RAMIREZ then withdrew the money from the Bank Accounts via wire transfers, cashiers' checks, and ATM cash withdrawals. The participants in the Reversal Scheme thus defrauded the Cryptocurrency Exchange of both the purchased cryptocurrency, which was transferred to external wallets, and the funds used to purchase it.

5. Between at least in or about 2020 through at least in or about March 2022, the operation of the Reversal Scheme by ESTEBAN CABRERA DA CORTE, a/k/a "Esteban Cabrera," a/k/a "Esteban Da Corte," a/k/a "Steban," LUIS HERNANDEZ GONZALEZ, a/k/a "Luis Hernandez," a/k/a "Luisito," and ASDRUBAL RAMIREZ MESA, the defendants, and their co-conspirators resulted in U.S. banks processing more than $4 million in fraudulent

reversals and the Cryptocurrency Exchange losing more than $3.5 million worth of cryptocurrency.

## STATUTORY ALLEGATIONS

6. From at least in or about 2020 through at least in or about March 2022, in the Southern District of New York and elsewhere, ESTEBAN CABRERA DA CORTE, a/k/a "Esteban Cabrera," a/k/a "Esteban Da Corte," a/k/a "Steban," LUIS HERNANDEZ GONZALEZ, a/k/a "Luis Hernandez," a/k/a "Luisito," and ASDRUBAL RAMIREZ MESA, the defendants, and others known and unknown, willfully and knowingly did combine, conspire, confederate, and agree together and with each other to commit wire fraud, in violation of Title 18, United States Code, Section 1343, and bank fraud, in violation of Title 18, United States Code, Section 1344.

7. It was a part and an object of the conspiracy that ESTEBAN CABRERA DA CORTE, a/k/a "Esteban Cabrera," a/k/a "Esteban Da Corte," a/k/a "Steban," LUIS HERNANDEZ GONZALEZ, a/k/a "Luis Hernandez," a/k/a "Luisito," and ASDRUBAL RAMIREZ MESA, the defendants, and others known and unknown, knowingly having devised and intending to devise a scheme and artifice to defraud, and for obtaining money and property by means of false and fraudulent pretenses, representations, and promises, would and did transmit and cause to be transmitted by means of wire, radio, and television communication in interstate and foreign

4

commerce writings, signs, signals, pictures, and sounds for the purpose of executing such scheme and artifice, in violation of Title 18, United States Code, Section 1343.

8. It was further a part and an object of the conspiracy that ESTEBAN CABRERA DA CORTE, a/k/a "Esteban Cabrera," a/k/a "Esteban Da Corte," a/k/a "Steban," LUIS HERNANDEZ GONZALEZ, a/k/a "Luis Hernandez," a/k/a "Luisito," and ASDRUBAL RAMIREZ MESA, the defendants, and others known and unknown, would and did knowingly execute, and attempt to execute, a scheme and artifice to obtain moneys, funds, credits, assets, securities, and other property owned by, and under the custody and control of, a financial institution, by means of false and fraudulent pretenses, representations, and promises, in violation of Title 18, United States Code, Section 1344.

(Title 18, United States Code, Section 1349.)

### COUNT TWO
### (Wire Fraud)

The Grand Jury further charges:

9. The allegations set forth in paragraphs 1 through 5 are repeated and realleged, and incorporated by reference as if fully set forth herein.

10. From at least in or about 2020 through at least in or about March 2022, in the Southern District of New York and elsewhere, ESTEBAN CABRERA DA CORTE, a/k/a "Esteban Cabrera,"

5

a/k/a "Esteban Da Corte," a/k/a "Steban," LUIS HERNANDEZ GONZALEZ, a/k/a "Luis Hernandez," a/k/a "Luisito," and ASDRUBAL RAMIREZ MESA, the defendants, knowingly having devised and intending to devise a scheme and artifice to defraud, and for obtaining money and property by means of false and fraudulent pretenses, representations, and promises, transmitted and caused to be transmitted by means of wire, radio, and television communication in interstate and foreign commerce writings, signs, signals, pictures, and sounds for the purpose of executing such scheme and artifice, to wit, CABRERA, HERHANDEZ, and RAMIREZ engaged in a scheme to defraud the Cryptocurrency Exchange, other cryptocurrency exchanges, and U.S. banks by using money in the Bank Accounts to purchase cryptocurrency over the Internet using the Cryptocurrency Exchange Accounts, which were often opened using stolen or fake identities, and then falsely representing to U.S. banks in interstate telephone calls that those cryptocurrency purchases were unauthorized, causing the U.S. banks to redeposit the funds in the Bank Accounts.

(Title 18, United States Code, Sections 1343 and 2.)

## COUNT THREE
### (Engaging in a Monetary Transaction in Property Derived from Specified Unlawful Activity)

The Grand Jury further charges:

11. The allegations set forth in paragraphs 1 through 5 are repeated and realleged, and incorporated by reference as if fully set forth herein.

12. On or about October 28, 2021, in the Southern District of New York and elsewhere, ESTEBAN CABRERA DA CORTE, a/k/a "Esteban Cabrera," a/k/a "Esteban Da Corte," a/k/a "Steban," the defendant, and CC-1 knowingly engaged and attempted to engage in a monetary transaction in criminally derived property of a value greater than $10,000 that was derived from specified unlawful activity, to wit, on or about October 28, 2021, CC-1 sent CABRERA a $32,000 wire transfer consisting of proceeds from the wire fraud and bank fraud conspiracy charged in Count One of this Indictment.

(Title 18, United States Code, Sections 1957(a) and 2.)

## COUNT FOUR
### (Aggravated Identify Theft)

The Grand Jury further charges:

13. The allegations set forth in paragraphs 1 through 5 are repeated and realleged, and incorporated by reference as if fully set forth herein.

7

14. On or about June 2, 2021, in the Southern District of New York and elsewhere, ESTEBAN CABRERA DA CORTE, a/k/a "Esteban Cabrera," a/k/a "Esteban Da Corte," a/k/a "Steban," the defendant, knowingly transferred, possessed, and used, without lawful authority, a means of identification of another person during and in relation to a felony violation enumerated in Title 18, United States Code, Section 1028A(c), to wit, the offenses alleged in Counts One and Two of this Indictment, to wit, CABRERA opened an account with the Cryptocurrency Exchange using a photograph of a fake Colorado driver's license and personal identifying information, including the name, date of birth, and social security number of another person.

(Title 18, United States Code, Sections 1028A(a)(1) and 2.)

## COUNT FIVE
(Aggravated Identify Theft)

The Grand Jury further charges:

15. The allegations set forth in paragraphs 1 through 5 are repeated and realleged, and incorporated by reference as if fully set forth herein.

16. On or about March 18, 2021, in the Southern District of New York and elsewhere, LUIS HERNANDEZ GONZALEZ, a/k/a "Luis Hernandez," a/k/a "Luisito," the defendant, knowingly transferred, possessed, and used, without lawful

8

authority, a means of identification of another person during and in relation to a felony violation enumerated in Title 18, United States Code, Section 1028A(c), to wit, the offenses alleged in Counts One and Two of this Indictment, to wit, HERNANDEZ opened an account with the Cryptocurrency Exchange using a photograph of a fake Florida Driver's license and personal identifying information, including the name, date of birth, and address of another person.

(Title 18, United States Code, Sections 1028A(a)(1) and 2.)

## COUNT SIX
### (Aggravated Identify Theft)

The Grand Jury further charges:

17. The allegations set forth in paragraphs 1 through 5 are repeated and realleged, and incorporated by reference as if fully set forth herein.

18. On or about June 29, 2021, in the Southern District of New York and elsewhere, ASDRUBAL RAMIREZ MESA, the defendant, knowingly transferred, possessed, and used, without lawful authority, a means of identification of another person during and in relation to a felony violation enumerated in Title 18, United States Code, Section 1028A(c), to wit, the offenses alleged in Counts One and Two of this Indictment, to wit, RAMIREZ opened an account with the Cryptocurrency Exchange using a photograph of a fake U.S. passport and personal identifying

9

information, including the name and social security number of another person.

(Title 18, United States Code, Sections 1028A(a)(1) and 2.)

## FORFEITURE ALLEGATION AS TO THE WIRE FRAUD OBJECT OF COUNT ONE AND AS TO COUNT TWO

19. As a result of committing the offense alleged in Count One of this Indictment ESTEBAN CABRERA DA CORTE, a/k/a "Esteban Cabrera," a/k/a "Esteban Da Corte," a/k/a "Steban," LUIS HERNANDEZ GONZALEZ, a/k/a "Luis Hernandez," a/k/a "Luisito," and ASDRUBAL RAMIREZ MESA, the defendants, shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any and all property, real or personal, that constitutes or is derived from proceeds traceable to the commission of said offense, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offense.

## FORFEITURE ALLEGATION AS TO THE BANK FRAUD OBJECT OF COUNT ONE

20. As a result of committing the offense alleged in Count One of this Indictment, ESTEBAN CABRERA DA CORTE, a/k/a "Esteban Cabrera," a/k/a "Esteban Da Corte," a/k/a "Steban," LUIS HERNANDEZ GONZALEZ, a/k/a "Luis Hernandez," a/k/a "Luisito," and ASDRUBAL RAMIREZ MESA, the defendants, shall forfeit to the United States, pursuant to Title 18, United

10

States Code, Section 982(a)(2)(A), any and all property constituting, or derived from, proceeds obtained directly or indirectly, as a result of the commission of said offense, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offense.

### FORFEITURE ALLEGATION AS TO COUNT THREE

21. As a result of committing the offense alleged in Count Three of this Indictment, ESTEBAN CABRERA DA CORTE, a/k/a "Esteban Cabrera," a/k/a "Esteban Da Corte," a/k/a "Steban," the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(1), any and all property, real and personal, involved in said offense, or any property traceable to such property, including but not limited to a sum of money in United States currency representing the amount of property involved in said offense.

**Substitute Assets Provision**

22. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of

11

the court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant, up to the value of the above forfeitable property.

   (Title 18, United States Code, Section 981;
   Title 18, United States Code, Section 982;
   Title 21, United States Code, Section 853; and
   Title 28, United States Code, Section 2461.)

*Damian Williams*
DAMIAN WILLIAMS
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 22-MJ-03430-LOUIS (SEALED)

UNITED STATES OF AMERICA,
    Plaintiff,

V.

ASDRUBAL RAMIREZ MESA,
    Defendant(s).
_____/

## ORDER

**THIS CAUSE** came before the Court and pursuant to proceedings it is thereupon, PURSUANT TO THE ARREST OF THE ABOVE NAMED DEFENDANT, THIS CASE IS HEREBY UNSEALED.

**DONE AND ORDERED** at Miami, Florida.

Dated: 8/23/2022

_____
**Lauren F. Louis**
**UNITED STATES MAGISTRATE JUDGE**

# MINUTE ORDER

Page 1

## Magistrate Judge Chris M. McAliley

Atkins Building Courthouse - 6th Floor  Date: 8/24/2022  Time: 1:30 p.m.

Defendant: ESTEBAN CABRERA DA CORTE  J#: 07633-506  Case #: 22-MJ-03430-LOUIS
AUSA: Marty Fulguerra Elfenbein  Attorney: Oscar Rodriguez — will file a N.O.A.
Violation: SOUTHERN DISTRICT-NY/IND/WARR-CONSPIRACY TO COMMIT WIRE FRAUD AND BANK FRAUD  Surr/Arrest Date: 8/24/2022  YOB: 1996

Proceeding: Initial Appearance  CJA Appt:

Bond/PTD Held: ☐ Yes ☑ No  Recommended Bond:
Bond Set at: STIP $500K PSB co-signed by wife - Leoreannis De Ornelas Gonzalez, sister - Daniella Chiarilli Da Corte, grandmother - Zaida Carrizales

- ☑ Surrender and/or do not obtain passports/travel docs
- Language: English *
- ☑ Report to PTS as directed /or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services
- Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☑ No contact with ~~victims/witnesses, except through counsel~~ co-defts
- ☑ no access to creditcards or PII during employment
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☑ Home Confinement/Electronic Monitoring and/or Curfew 8:00 pm to 6:00 am, paid by Deft
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☑ Travel extended to and from S/D FL and Southern/Eastern District of NY
- ☑ Other: Reside at address stated on the record

Disposition: Deft. advised of rights and charges. Deft. consents to appear via VTC. Parties STIP to $500K PSB with co-signers. Deft. released. Deft. waives removal orally. Waiver of removal executed orally in open court. The Court orders the Deft. removed to S/D NY (Bond due by 8/25/22) paperwk

Brady Order Given

Time from today to ___ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE  Date:  Time:  Judge:  Place:
Report RE Counsel: ___
PTD/Bond Hearing: ___
Prelim/Arraign or Removal: ___
Status Conference RE: ___

~~D.A.R.~~ Zoom C.H.H. 1:39pm, 1:44 pm  Time in Court: 26 minutes

s/Chris M. McAliley  Magistrate Judge

* Deft did not require the services of the Spanish Interpreter *

19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 22-MJ-03430-LOUIS

United States of America
    Plaintiff,

v.

ESTEBAN CABRERA DA CORTE,
    Defendant.
_____/

### ORDER OF REMOVAL

    It appearing that in the **SOUTHERN DISTRICT OF NEW YORK**, an Indictment was filed against the above-named defendant on a charge of **SOUTHERN DISTRICT-NY/IND/WARR-CONSPIRACY TO COMMIT WIRE FRAUD AND BANK FRAUD**, and that the defendant was arrested in the Southern District of Florida and was given a hearing before United States Magistrate Judge Chris M. McAliley at Miami, Florida, which officially committed the defendant for removal to the **SOUTHERN DISTRICT OF NEW YORK**, it is ORDERED AND ADJUDGED that the defendant be removed to the above-named district for trial on said charge.

    And it further appearing that the defendant waived further hearing in the said removal proceedings and was held by the Magistrate Judge Chris M. McAliley for removal and posted bail in the amount of $ 500K PSB which was approved by the United States Magistrate Judge Chris M. McAliley, and it is further ORDERED that the defendant shall appear in the aforesaid district at such times and places as may be ordered by that District Court, in accordance with the terms and conditions of aforesaid bond furnished by the defendant, and it is further ORDERED that the funds, plus interest, which may have been deposited on behalf of this defendant with the Clerk of the Court under Bail Reform Act be transferred to the district where removed.

    DONE AND ORDERED at Miami, Florida on 8/24/2022.

                                                       _____
                                                       Chris M. McAliley
                                                       United States Magistrate Judge